UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MANUEL A. ROSA and <br> MARTA I. ROSA <br>          Plaintiffs, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE <br> CORPORATION <br><br> and <br><br> PROFESSIONAL FORECLOSURE <br> CORPORATION OF VIRGINIA <br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:09cv705-TSE/JFA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
JUL 3 0 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CONSENT ORDER SETTING DEADLINES FOR EXPERT DISCOVERY

Whereas E.D. Va. L. Civ. R. 26(D)(1) encourages counsel to agree upon the sequence and timing of the expert disclosures required by Fed. R. Civ. P. 26(a)(2), and counsel discussed and came to agreement on this issue during their July 28, 2009 Fed. R. Civ. P. 26(f) telephonic conference. Accordingly, in conformity with the parties' agreement, it is hereby

ORDERED that plaintiffs identify their experts by August 31, 2009 and provide the defendants with a written report prepared by each expert by September 15, 2009. It is further

ORDERED that defendants identify their experts by September 30, 2009 and provide the plaintiffs with a written report prepared by experts by October 7, 2009. It is further

1

ORDERED that depositions of the parties' experts occur between October 8, 2009 and the pre-trial conference on October 15, 2009.

Entered:

/s/
John F. Anderson
United States Magistrate Judge

Magistrate Judge John F. Anderson
United States District Court for the
Eastern District of Virginia

Dated: 30th day of July 2009

SEEN AND AGREED:

Kristi Cahoon /DPM

Kristi Cahoon (VSB #72791)
Jennifer Haberlin (VSB #47950)
Counsel for Plaintiffs Manuel and Marta Rosa
LEGAL SERVICES OF NORTHERN VIRGINIA
4080 Chain Bridge Road
Fairfax, VA 22030
703-246-4500 (phone)
703-273-6476 (fax)
kcahoon@lsnv.org

John Murdock /DPM

John M. Murdock (VSB #26647)
Counsel for Defendants Freddie Mac and PFC
BENTON POTTER & MURDOCK, P.C.
400 S. Maple Ave., Suite 210
Falls Church, Virginia 22046
703-992-9255 (main)
703-992-6950 (direct)
703-832-0211 (facsimile)
jm@bpmlawyers.com