# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| MANUEL A. ROSA and <br> MARTA I. ROSA <br>            Plaintiffs, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION <br><br>       and <br><br> PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA <br>            Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 1:09cv705-TSE/JFA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on behalf of their respective clients, that the above-referenced action is dismissed as against all defendants with prejudice, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure.

Dated: September 30, 2009

Respectfully submitted,

\_/s/_____
Kristi Cahoon (VSB #72791)
Jennifer Haberlin (VSB #74950)
Counsel for Plaintiffs Manuel and Marta Rosa
LEGAL SERVICES OF NORTHERN VIRGINIA
4080 Chain Bridge Road
Fairfax, VA 22030
703-246-4500 (phone)
703-273-6476 (fax)
kcahoon@lsnv.org


\_/s/_____
John M. Murdock (VSB #26647)
Counsel for Defendants Freddie Mac and PFC
BENTON POTTER & MURDOCK, P.C.
400 S. Maple Ave., Suite 210
Falls Church, Virginia 22046
703-992-9255 (main)
703-992-6950 (direct)
703-832-0211 (facsimile)
jm@bpmlawyers.com